UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.
                                Case No. 8:19-cr-553-T-02AAS

**STANLEY TIPTON**

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

    The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One of the Superseding Information.[1]  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

    Due to the national emergency created by the novel coronavirus and consistent with the authority provided by Section 15002 of the Coronavirus Aid, Relief, and Economic Security (CARES) Act and Chief Judge Merryday's September 22nd Administrative Order, 8:20-mc-25 (M.D. Fla. September 22, 2020), I conducted the change of plea hearing by videoconference. I did not postpone the change of plea

---

[1] At the hearing, the inquiry required by Rule 7(b) Fed. R. Crim. P., was conducted and the defendant's written waiver of indictment was accepted.

hearing because defense counsel contended, and I found, delay of the hearing would cause a serious harm to the interests of justice. More specifically, the defendant's case has been pending before Judge Jung for some time and there are provisions in the plea agreement that defendant would like to begin and so would like to more the case toward sentencing without further delay.

The defendant consented to appearing by videoconference, and both the defendant and defense counsel indicated they had discussed the hearing format in advance. The government did not object to the videoconference format. The defendant's image and voice were clear, and I confirmed all participants could see and hear all other participants clearly.

Dated:  September 30, 2020

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.  A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.