UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:19-cr-553-T-23AAS | DATE: December 21, 2020 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| UNITED STATES OF AMERICA | Jay Hoffer, AUSA |
| vs. | |
| STANLEY TIPTON | Samuel Landes, AFPD |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: Wilmarisa Martinez |
| TIME: 9:05 a.m.–10:14 a.m. | TOTAL: 1 hour, 9 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

The defendant pleaded guilty to count one of the superseding information.

The defendant's objection to the sophisticated means enhancement in paragraph 33 of the PSR is overruled.

Probation: **thirty-six months**

Special Conditions:

1.) The defendant must participate in a home detention program for eight months, during which he will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will be subject to the standard conditions of home detention adopted in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device or to follow electronic monitoring procedures specified by the probation office. The defendant must contribute to the costs of those services in accord with the applicable sliding scale.

2.) The defendant must participate in a substance abuse program, follow the probation officer's instructions with respect to the program, contribute to the cost of the program in accord with the applicable sliding scale, and submit to random drug testing.

The defendant must cooperate in the collection of DNA as directed by the probation officer.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within fifteen days of placement on supervision and at least two tests thereafter as directed by the probation officer, not to exceed 104 tests per year, administered randomly.

Fine:   waived

Restitution:   n/a

Special Assessment:   $100, due immediately

The underlying indictment is dismissed in accord with the plea agreement.

The defendant must immediately consult with the probation officer to receive instructions with respect to his terms of probation.

The defendant is advised of his right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) ||
|---|---|
| Total Offense Level: | 10 |
| Criminal History Category: | II |
| Imprisonment Range: | 8–14 months |
| Supervised Release Range: | 1–3 years |
| Restitution: | n/a |
| Fine Range: | $4,000–$40,000 |
| Special Assessment: | $100 |